UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. JOHN J. WALSH,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>CALIFORNIA ENERGY DEVELOPMENT INC., et. al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 22cv449-JO-BGS<br><br>**ORDER DISMISSING ACTION** |

　　　Plaintiff filed his complaint in this action on April 5, 2022. Dkt. 1. Plaintiff pleaded federal question jurisdiction under 28 U.S.C. § 1331. *See id.* The only federal claim brought by Plaintiff, however, was criminal statute 18 U.S.C.A. § 1344, which does not provide for a private right of action by a civil plaintiff. *See, e.g., Brumbaugh v. Comerica Bank*, 2008 WL 11337490, at *4 (S.D. Cal. Feb. 27, 2008). Accordingly, on October 18, 2022, the Court ordered Plaintiff to show cause why this action should not be dismissed for lack of subject matter jurisdiction. *See* Dkt. 4.[1] Plaintiff was warned that failure to comply with the order to show cause would result in the dismissal of the action. *See id.*

---

[1] The Court also ordered Plaintiff to show cause why the action should not be dismissed for failure to serve the summons and complaint within 90 days after filing the complaint, as required by Federal Rule of Civil Procedure 4(m).

1 | Plaintiff's written response to the above order to show cause was due by November 16, 2022.  As of February 15, 2023, Plaintiff has still not filed a response to the Court's order.  Accordingly, the Court DISMISSES this action for lack of subject matter jurisdiction.  The Clerk shall enter judgment accordingly.

**IT IS SO ORDERED.**

Dated: February 15, 2023

_____
Hon. Jinsook Ohta
United States District Court