

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dr. John J. Walsh | Civil Action No. 22-cv-00449-JO-BGS |
| Plaintiff, | |
| V. | |
| California Energy Development Inc. et al | JUDGMENT IN A CIVIL CASE |
| Defendant. | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court DISMISSES this action for lack of subject matter jurisdiction. Case is closed.

Date: 2/15/23

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ L. Sotelo
L. Sotelo, Deputy

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

Civil Action No.  22-cv-00449-JO-BGS

California Energy Development Inc.
Timothy Bryson, an Individual
Mickey Nicholson, an Individual
Edward Spooner, Trustee of the Edward Spooner Living Trust of Edward Spooner
Life Advance, LLC, a Nevada Corporation
Craig Stack, an Individual
Estate of James Roberts, a Deceased Individual
Jason Volker, an Individual
Pruco Life Insurance Company, a New Jersey Corporation
John and Jane Does 1-10